**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02967-BNB

JIM NAVARRO,

      Plaintiff,

v.

NO NAMED DEFENDANT,

      Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On November 15, 2011, Plaintiff, Jim Navarro, filed a Letter regarding the denial

of government funded programs.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1, the Court has determined that the submitted document is

deficient as described in this Order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order

must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __X__   is not submitted
(2)   ____   is not on proper form (must use the court's current form)
(3)   ____   is missing original signature by Plaintiff
(4)   ____   is missing affidavit
(5)   ____   affidavit is incomplete
(6)   ____   affidavit is not notarized or is not properly notarized
(7)   ____   names in caption do not match names in caption of complaint, petition or
            application
(8)   __xx__   other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition**:
(9)   ____   is not submitted

(10)   x   is not on proper form (must use the Court's current form)
(11)   __   is missing an original signature by the Plaintiff
(12)   __   is incomplete
(13)   __   uses et al. instead of listing all parties in caption
(14)   __   names in caption do not match names in text
(15)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   __   other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers which Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form and a Complaint form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the Complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED November 23, 2011, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

2