**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02967-BNB

JIM NAVARRO,

    Plaintiff,

v.

NO NAMED DEFENDANT,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On November 15, 2011, Plaintiff, Jim Navarro, filed a Letter regarding the denial of government funded programs. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted document is deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   X   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   xx   other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition**:
(9)   ___   is not submitted

(10)  _x_    is not on proper form (must use the Court's current form)
(11)  ___    is missing an original signature by the Plaintiff
(12)  ___    is incomplete
(13)  ___    uses et al. instead of listing all parties in caption
(14)  ___    names in caption do not match names in text
(15)  ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  ___    other _____

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers which Plaintiff files in response to this Order must include the civil action number on this Order. It is

    FURTHER ORDERED that Plaintiff shall obtain the Court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form and a Complaint form, along with the applicable instructions, at www.cod.uscourts.gov. It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the Complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

    DATED November 23, 2011, at Denver, Colorado.

                                      BY THE COURT:

                                      s/Boyd N. Boland
                                      United States Magistrate Judge